Case 1:08-mj-00632-CMS   Document 1   Filed 06/16/08   Page 1 of 3

AO 91 (Rev. 5/85) Criminal Complaint

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 6 2008

JAMES N. HATTEN, Clerk
By: B. Evans
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

UNITED STATES OF AMERICA

v.

**JOSE LUIS GARCIA-ROQUE**

CRIMINAL COMPLAINT

CASE NUMBER:   1:08-MJ-632

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>June 1, 2008</u>, in <u>Dekalb</u> County, in the Northern District of Georgia defendant(s) did,

move and travel in interstate commerce between Georgia and the country of Mexico to avoid prosecution for the crime of murder which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a(n) Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof.   (X) Yes   ( ) No

Signature of Complainant
Michael T. Greene
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

June 13, 2008                                                     at     Atlanta, Georgia
Date                                                                            City and State

E. Clayton Scofield
United States Magistrate Judge                                      E. Clayton Scofield
Name and Title of Judicial Officer                                  Signature of Judicial Officer
AUSA Mary C. Roemer

## AFFIDAVIT

1. Your affiant, Michael T. Greene, is a Special Agent with the Atlanta office of the Federal Bureau of Investigation.

2. On June 1, 2008, Investigator Lenny Dryer, of the Dekalb County, Georgia Sheriff's Department, advised the affiant as follows:

   (a) On June 1, 2008, an arrest warrant was issued by the Dekalb County Magistrate Court charging Jose Luis Garcia-Roque, with the murder of his wife Florencia Vargas, at 1145 Briarwood road, #11. Atlanta, Georgia. Garcia-Roque is charged with shooting Vargas with a han gun in the head.

   (b) Investigator Dryer received information from a confidential source that Garcia-Roque fled the country and traveled to the country of Mexico.

   (c) Further investigation by Investigator Dryer determined that Garcia-Roque is a native of Mexico and has family and associates residing in the country of Mexico.

3. The Dekalb County Sheriff's Department will extradite Garcia-Roque from any jurisdiction in which he is apprehended.

## CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.
Jose Luis Garcia-roque
Sex: Male   DOB: 03/25/1975
Race: H   SSN:
Ht: 5' 8"   Wt: 160
Address: 1445 Briarwood Rd, #11
Atlanta GA 30319
In Custody: No
Employment:

WARRANT NO.
08W09911
CASE NO.
08-072527

RECEIVED
DEKALB SHERIFF
WARRANT UNIT
2009 MAY 32 PM 1: 13
BY: DW

Prosecutor: D A Kitchen
Agent for: Dekalb Police Phone: 770-724-7890
Address: 1960 West Exchange Place
Tucker GA 30084

Witness: Jaime Garcia-roque

### AFFIDAVIT

Personally appeared the undersigned prosecutor, D A Kitchen who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 5/31/2008 at 23:40 and 5/31/2008 at 23:40, did commit the offense of **Murder (Felony)** in violation of O.C.G.A .16-5-1 , at **1145 Briarwood Rd, #11, Atlanta**, DEKALB COUNTY, Georgia, and against **Florencia Vargas** and the laws of the State of Georgia. The facts this affidavit for arrest is based on are: **said accused did with malice aforethought cause the death of Florencia Vargas, a human being, by shooting the victim in the head with an unknown type pistol.** and prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Sworn to and subscribed before me this  1 day of June, 2008 at 11:10:45 AM

D. K~1672

_____
Prosecutor
Badge No..1672  Name: D A Kitchen Agency: Dekalb Police

Judge: Glen Galbaugh , MAGISTRATE Court of DEKALB COUNTY

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of Georgia authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  1 day of June, 2008 at 11:10:45 AM

Judge: , MAGISTRATE Court of DEKALB COUNTY

### ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, **Jose Luis Garcia-roque**, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of **$SUPERIOR COURT ONLY** to assure the presence of said accused at arraignment, trial and final disposition in the [ ] Superior Court  [ ] State Court of DEKALB COUNTY.
**SPECIAL CONDITION OF BOND [ Y ]**
Witness my hand and seal, this  1 day of June, 2008 at 11:10:45 AM

****** DOMESTIC VIOLENCE ******